## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

In Re: )
)
STEPHANIE DAWN MULLER, ) Case No. 19-10160
) Chapter 13
Debtor )

## DEBTOR'S MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN AND REQUEST FOR ADDITIONAL ATTORNEY'S FEES

COMES NOW, the Debtor, by and through January M. Bailey of Eron Law, P.A., her attorney of record, and files this Motion to Modify Confirmed Chapter 13 Plan and Request for Attorney's Fees. In support of her Motion, the Debtor would show the Court as follows:

1) Debtor's Chapter 13 case was filed on January 31, 2019, and her Chapter 13 Plan was confirmed on April 11, 2019.

2) The Debtor's 2014 Toyota Corolla has been totaled. Insurance is paying off Consumer Portfolio Services. No further payment should be made on the secured claim of Consumer Portfolio.

3) Additionally, the Debtor has realized that she cannot afford her residence. She would like to surrender the property, 1057 N Kokomo Ave, Derby, Kansas, to the secured creditor, Shellpoint Mortgage Servicing. No further payments shall be made on the secured claim of Shellpoint, and entry of the order granting this motion should serve as relief from stay for Shellpoint to continue the foreclosure proceeding.

4) Through November 20, 2019, the Debtor has paid $14,569.61 into the plan. Beginning in December 2019, the payment should reduce to $125 per month for the remaining 27 months of the plan.

5) Debtor's counsel requests additional fees in the amount of $450.00 to be paid through the Chapter 13 plan for the preparation, filing, and execution of this Motion.

WHEREFORE, the Debtor prays this Court enter an Order Modifying Confirmed Chapter 13 Plan, for additional attorney fees in the sum of $450.00 and for such other relief as is deemed just and proper.

Respectfully Submitted:
ERON LAW, P.A.
Attorney for Debtors

     s/ *January M. Bailey*
January M. Bailey, #23926
229 E. William, Ste 100
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

*s/Stephanie Dawn Muller*
Stephanie Dawn Muller, Debtor