UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In Re: )
)
STEPHANIE DAWN MULLER ) Case No. 19-10160
) Chapter 13
)
Debtor(s) )

## NOTICE OF CHANGE OF ADDRESS

The Debtor(s) hereby enter the following change of address for:

☑ DEBTOR(S)  Stephanie Dawn Muller

| Old Address Information: |
|---|
| 1057 N Kokomo Ave |
| Derby, KS 67037 |

| New Address Information: |
|---|
| 340 E Rock Rd Ct #C8 |
| Mulvane, KS 67110 |

Respectfully Submitted:
PRELLE ERON & BAILEY, P.A.
Attorney for Debtors

   s/ *January M. Bailey*
January M. Bailey, #23926
301 N. Main St., Suite 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

Dated: September 1, 2020